FILED IN THIS OFFICE
SEP 11 2026
Clerk, U.S. District Court
Greensboro, N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAMONT RAKEEM SIMMONS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:23-cr-381-1 |
| v. | ) | 1:26-cv-710 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the court for review of the Recommendation ("Recommendation") filed on July 31, 2026, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 27.) The Recommendation was served on Petitioner in this action on July 31, 2026. (Doc. 28) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 27), is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DIMISSED WITHOUT PREJUDICE** to the petitioner promptly filing a corrected motion on the proper § 2255 forms if he can raise a valid claim under § 2255.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 11th day of September, 2026.

William L. Osteen, Jr.
United States District Judge